Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE, EXPERIAN INFORMATION SOLUTION, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANSUNION LLC,<br><br>    Defendants. | Case No. 2:19-cv-00020-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff Maria Diaz, ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. erroneously sued as "Chase" ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. Chase shall have through and including **Wednesday, February 27, 2019** to file a response to Plaintiff's Complaint on file in this matter; and,

2. During the pendency of the referenced extension, Chase shall participate in any conference in furtherance of Fed. R. Civ. P. Rule 26(f) and LR 26-1.

///

///

///

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may continue to discuss the informal resolution of the claims asserted in this case as against Chase.

| KNEPPER & CLARK, LLC | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *Miles N. Clark* | \s\ *Kent F. Larsen* |
| Matthew I. Knepper, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 3463 |
| Miles N. Clark, Esq. | 1935 Village Center Circle |
| Nevada Bar No. 13848 | Las Vegas, Nevada 89134 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Ph: (702)252-5002 |
| Las Vegas, Nevada 89129 | Fax (702) 252-5006 |
| Ph: (702) 825-6060 | Email: kfl@slwlaw.com |
| Fax: (702) 447-8048 | Attorneys for Defendant |
| Email: matthew.knepper@knepperclark.com | JPMorgan Chase Bank, N.A. |
| Email: miles.clark@knepperclark.com | |
| | Dated: January 29, 2019 |

David Krieger, Esq.
Nevada Bar No. . 9086
HAINES & KRIEGER
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Ph: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Mario Diaz

Dated: January 29, 2019

## ORDER

**IT IS SO ORDERED.**

Dated this 29th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE