Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO DIAZ, | Case No. 2:19-cv-00020-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| CHASE, EXPERIAN INFORMATION SOLUTION, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANSUNION LLC, | |
| Defendants. | (SECOND REQUEST) |

Plaintiff Maria Diaz, ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. erroneously sued as "Chase" ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. Chase's deadline to file a response to Plaintiff's Complaint in this matter shall be extended to **Friday, March 29, 2019**; and,

2. During the pendency of the referenced extension, Chase shall participate in any conference in furtherance of Fed. R. Civ. P. Rule 26(f) and LR 26-1.

/ / /

/ / /

/ / /

This second request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may continue to discuss the informal resolution of the claims asserted in this case as against Chase.

| KNEPPER & CLARK, LLC | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, Nevada 89129 <br> Ph: (702) 825-6060 <br> Fax: (702) 447-8048 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com | \s\ *Kent F. Larsen* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Ph: (702)252-5002 <br> Fax (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A. <br> <br> Dated: February 20, 2019 |

David Krieger, Esq.
Nevada Bar No. . 9086
HAINES & KRIEGER
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Ph: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Mario Diaz

Dated: February 20, 2019

## ORDER

**IT IS SO ORDERED**.

Dated this 21st day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE