# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARIO DIAZ,<br><br>                Plaintiff,<br>vs.<br>CHASE, *et al.*,<br><br>                Defendants. | 2:19-cv-00020-JCM-VCF<br>**ORDER**<br><br>MOTION TO FILE SUR-REPLY [ECF NO. 31] |

Before the Court is Defendant Experian Information Solution's Motion to Stay Discovery (ECF No. 24); Plaintiff Mario Diaz's Motion for Leave to File Sur-Reply to Address New Arguments and Authority Contained in Experian's Reply in Support of Motion to Stay Discovery (ECF No. 31); and Diaz, Experian, and Defendant Trans Union's Proposed Stipulation Discovery Plan and Scheduling Order (ECF No. 32).

Experian previously filed a motion to dismiss Diaz's original complaint. (ECF No. 21). Experian's motion to stay discovery is based on this original motion to dismiss. (ECF No. 24). Diaz has now filed an amended complaint. (ECF No. 25). In its reply in support of the motion to stay discovery, Experian notes that it has filed a renewed motion to dismiss (ECF No. 29), and argues that the amended complaint "suffers from the same fatal defects as the initial complaint." (ECF No. 30 at 2). Diaz filed a motion to file a sur-reply to address authorities cited in Experian's reply. (ECF No. 31). The parties have also filed a prosed discovery plan and scheduling order with a request for a special scheduling review. (ECF No. 32). The parties disagree regarding the deadlines to be set in this case due to the pending motion to stay discovery. (*Id.* at 2-5).

1

Accordingly,

IT IS HEREBY ORDERED that Diaz's Motion for Leave to File Sur-Reply to Address New Arguments and Authority Contained in Experian's Reply in Support of Motion to Stay Discovery (ECF No. 31) is GRANTED. Diaz must file his sur-reply by April 15, 2019.

IT IS FURTHER ORDERED that a hearing on the Motion to Stay Discovery (ECF No. 24) and Proposed Stipulation Discovery Plan and Scheduling Order (ECF No. 32) is scheduled for 10:00 AM, April 30, 2019, in Courtroom 3D.

DATED this 8th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE