UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO DIAZ, | Case No. 2:19-cv-00020-JCM-VCF |
| Plaintiff, | ORDER |
| v. | |
| CHASE, *et al.*, | |
| Defendants. | |

Presently before the court is the matter of *Diaz v. Chase et al.*, case number 2:19-cv-00020-JCM-VCF.

On January 3, 2019, plaintiff Mario Diaz initiated this consumer credit action against defendants J.P. Morgan Chase Bank, N.A. ("Chase"); Equifax Information Services, LLC ("Equifax"); Experian Information Services, Inc. ("Experian"); and Trans Union, LLC ("Trans Union"). (ECF No. 1).

On February 18, 2019, Trans Union filed a motion to dismiss. (ECF No. 18). On February 28, 2019, Diaz and TransUnion filed a joint motion to extend the deadline for Diaz to file a response to Trans Union's motion to dismiss. (ECF No. 22). On March 27, 2019, Diaz filed a notice of settlement with Trans Union. (ECF No. 28). Accordingly, the court will deny the respective motions (ECF Nos. 18, 22) subject to Trans Union's ability to refile its motion to dismiss should the settlement not materialize.

On February 27, 2019, Experian also filed a motion to dismiss. (ECF No. 21). On March 13, 2019, Diaz filed an amended complaint. (ECF No. 25). Approximately two weeks later, Experian filed a motion to dismiss the amended complaint. (ECF No. 29). In light of the amended complaint and Experian's second motion to dismiss, the court will deny without prejudice Experian's first motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Trans Union's motion to dismiss (ECF No. 18) be, and the same hereby is DENIED without prejudice.

IT IS FURTHER ORDERED that Experian's motion to dismiss (ECF No. 21) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that Diaz and Trans Union's joint motion to extend (ECF No. 22) be, and the same hereby is, DENIED as moot.

DATED THIS 15th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE