Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO DIAZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CHASE; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC<br><br>Defendants. | Case No. 2:19-cv-00020-JCM-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF MARIO DIAZ'S STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 3, 2019<br><br>First Amended Complaint filed: March 13, 2019<br><br>Second Amended Complaint filed: July 23, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Mario Diaz ("Plaintiff"), by and through his counsel of record, hereby submit

1  this stipulation to extend the time for Defendant to file its response to Plaintiff's Second Amended
2  Complaint (ECF No. 47).

   On June 21, 2019, the Court granted Experian's motion to dismiss Plaintiff's First Amended Complaint, and granted Plaintiff leave to amend. (ECF No. 46). On July 23, 2019, Plaintiff filed a Second Amended Complaint. (ECF No. 47). Experian's response is currently due August 6, 2019. Experian needs additional time to evaluate Plaintiff's amendments in order to determine how to respond. The parties agree that Experian shall have a 16-day extension, namely, until August 22, 2019 to file its response.

   This is Experian's first request for an extension of time to file its response to Plaintiff's Second Amended Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian additional time to evaluate the allegations and prepare its response to Plaintiff's Second Amended Complaint.

**IT IS SO STIPULATED.**  Dated this 29th day of July 2019.

KNEPPER & CLARK LLC  NAYLOR & BRASTER

By: */s/ Miles N. Clark*  By: */s/ Jennifer L. Braster*
Matthew I. Knepper, Nev. Bar No. 12796   Jennifer L. Braster, Nev. Bar No. 9982
Miles N. Clark, Nev. Bar No. 13848   Andrew J. Sharples, Nev. Bar No. 12866
5510 So. Fort Apache Rd, Suite 30   1050 Indigo Drive, Suite 200
Las Vegas, NV 89148   Las Vegas, NV 89145

*Attorneys for Plaintiff Mario Diaz*   *Attorneys for Defendant*
*Experian Information Solutions, Inc.*

ALVERSON TAYLOR & SANDERS

By: */s/ Trevor Waite*
Kurt Bonds, Nevada Bar No. 6228
Trevor Waite, Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149

*Attorneys for Trans Union LLC*

**IT IS SO ORDERED.**

DATED: this 29th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE